1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11   KEITH HOOVER, et al.,              )        3:06-cv-00212-HDM-VPC
                                        )
12                    Plaintiffs,       )
                                        )        ORDER
13   vs.                                )
                                        )
14   JACKIE CRAWFORD, et al.,           )
                                        )
15                    Defendants.       )
     _____ )
16
17        The court has considered the report and recommendation of the

18   United States Magistrate Judge (#58) filed on April 16, 2007, in

19   which the Magistrate Judge recommends that this court enter an

20   order that Defendants' motion to dismiss (#40) be GRANTED as to

21   defendant Crawford, plaintiffs' procedural due process claim in

22   count I, count IV, count V, count VI, and count VII and DENIED

23   as to plaintiffs' First Amendment claim in count I, count II, and

24   plaintiffs's substantive due process claim in count III and

25   the District Court order plaintiffs to file an amended complaint in

26   accordance with the instructions in this order within twenty (20)

27   days from the date the District Court issues its final order

28   concerning this report and recommendation.

                                    1

No objections to the report and recommendation have been filed and the time for filing any objections has expired.  The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

**ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#58).  Therefore, defendants' motion to dismiss (#40) is **GRANTED** as to defendant Crawford, plaintiffs' procedural due process claim in count I, count IV, count V, count VI, and count VII and **DENIED** as to plaintiffs' First Amendment claim in count I, count II, and plaintiffs's substantive due process claim in count III.

The plaintiffs shall file an amended complaint in accordance with the instructions in the report and recommendation within twenty (20) days from the date of entry of this order.

**IT IS SO ORDERED.**

DATED: This 10th day of May, 2007.

_____

UNITED STATES DISTRICT JUDGE

2